# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cr-00371-JAD-GWF |
| vs. | **ORDER** |
| JEREMY CAULK, | |
| Defendant. | |

This matter is before the Court on Rebecca Levy, Esq.'s Sealed Ex Parte Motion to Withdraw as Counsel of Record (ECF No. 60), filed on November 7, 2017.

Ms. Levy represents that discovery in this case included information regarding another individual that is charged in a separate matter, but who is also represented by an attorney at the Federal Public Defender's Office. Thus, Ms. Levy asserts that she has a conflict of interest that prohibits her from further representation of Defendant. The Court agrees. Accordingly,

**IT IS HEREBY ORDERED** that Rebecca Levy, Esq.'s Sealed Ex Parte Motion to Withdraw as Counsel of Record (ECF No. 60) is **granted**.

**IT IS FURTHER ORDERED** that this matter is referred to the Criminal Justice Act Panel for appointment of counsel. Appointed counsel shall enter an appearance by **November 20, 2017.**

**IT IS FURTHER ORDERED** that appointed counsel shall, within one hundred twenty (120) days of this Order, file any appropriate motion or stipulation.

DATED this 8th day of November, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge