UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>JEREMY CAULK,<br><br>        Defendant. | 2:12-cr-00371-JAD-GWF<br><br>ORDER |

On November 8, 2017, this Court granted the Defendant's Ex Parte Motion to Withdraw as Attorney of Record (doc.60).

Accordingly, IT IS HEREBY ORDERED that Chris Arabia be APPOINTED as counsel for Jeremy Caulk for all future proceedings.

The Federal Public Defender's Office shall forward the file to Mr. Arabia forthwith.

DATED this 27th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE