**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|          Plaintiff, ) | Case No. 2:12-cr-00371-JAD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JEREMY CAULK, ) | |
|          Defendant. ) | |

This matter is before the Court on Chris Arabia, Esq.'s Motion to Withdraw as Counsel (ECF NO. 63), filed on December 3, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Chris Arabia, Esq.'s Motion to Withdraw as Counsel (ECF NO. 63) is **granted**.

DATED this 4th day of December, 2017.

                                                                           _____
                                                                           GEORGE FOLEY, JR.
                                                                           United States Magistrate Judge