JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jeremy Caulk*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY CAULK,<br><br>Defendant. | CASE NO: 2:12-cr-371-JAD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING FOR DEFENDANT JEREMY CAULK**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between CRISTINA SILVA, Assistant United States Attorney, and JAMES A. ORONOZ, ESQ., counsel for JEREMY CAULK, that the revocation hearing for Mr. Caulk, currently scheduled for March 5, 2018, at 10:00 a.m., be vacated and continued for forty-five (45) days to a date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1. The parties require additional time to review the discovery in this case.

2. The parties require additional time to discuss a potential resolution for this matter.

3. There remain a number of novel issues that require resolution prior to proceeding with the revocation hearing.

1

4. Counsel for Mr. Caulk and the Government jointly request that the revocation hearing date for Mr. Caulk be continued for at least forty-five (45) days.

5. Mr. Caulk is currently in custody and has no objection to the continuance.

6. This is the third request for a continuance of Mr. Caulk's revocation hearing.

DATED: March 2, 2018.

Respectfully submitted,

| | |
|---|---|
| */s/ James A. Oronoz* | */s/ Cristina Silva* |
| JAMES A. ORONOZ, ESQ. | CRISTINA SILVA |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, |
| Las Vegas, Nevada 89145 | Suite 1100 |
| *Counsel for Jeremy Caulk* | Las Vegas, Nevada 89101 |
| | *Counsel for the United States of America* |

Good cause appearing, IT IS ORDERED that the revocation hearing currently set for March 5, 2018, be vacated and continued to April 24, 2018, at the hour of 1:30 p.m.

_____
UNITED STATES DISTRICT JUDGE

DATED: 3/2/2018