JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jeremy Caulk*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEREMY CAULK,<br><br>    Defendant. | CASE NO: 2:12-cr-371-JAD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING FOR DEFENDANT JEREMY CAULK**<br><br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between CRISTINA SILVA, Assistant United States Attorney, and JAMES A. ORONOZ, ESQ., counsel for JEREMY CAULK, that the revocation hearing for Mr. Caulk, currently scheduled for April 24, 2018, at 1:30 p.m., be vacated and continued for forty-five (45) days to a date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1. The parties are discussing a potential resolution in this matter that could render a hearing unnecessary. Specifically, the Defendant needs additional time to review the implications of a potential resolution to the instant case, as well as his second open case (*United States v. Jeremy Caulk*, 2:17-MJ-957-VCF), with his counsel.

1

2. There remain a number of novel issues that require resolution prior to proceeding with the revocation hearing.

3. Counsel for Mr. Caulk and the Government jointly request that the revocation hearing date for Mr. Caulk be continued for at least forty-five (45) days.

4. Mr. Caulk is currently in custody and has no objection to the continuance.

5. This is the fourth request for a continuance of Mr. Caulk's revocation hearing.

DATED: April 23, 2018.

Respectfully submitted,

*/s/ James A. Oronoz*
JAMES A. ORONOZ, ESQ.
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
*Counsel for Jeremy Caulk*

*/s/ Cristina Silva*
CRISTINA SILVA
501 Las Vegas Boulevard, South,
Suite 1100
Las Vegas, Nevada 89101
*Counsel for the United States of America*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/11/2018