JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jeremy Caulk*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY CAULK,<br><br>Defendant. | CASE NO: 2:12-cr-371-JAD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING FOR DEFENDANT JEREMY CAULK**<br><br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between CRISTINA SILVA, Assistant United States Attorney, and JAMES A. ORONOZ, ESQ., counsel for JEREMY CAULK, that the revocation hearing for Mr. Caulk, currently scheduled for August 7, 2018, at 9:00 a.m., be vacated and continued for forty-five (45) days to a date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1. Mr. Caulk has recently accepted a plea negotiation in case number 2:17-mj-957.

2. Counsel for Mr. Caulk and the Government jointly request that the revocation hearing date for Mr. Caulk be continued for at least forty-five (45) days to allow Mr. Caulk to enter his plea before proceeding with the supervised release hearing. The plea agreement contemplates concurrent time for both cases. Thus, it is important to determine if the plea is accepted prior to resolving the instant matter.

3. Mr. Caulk is currently in custody and has no objection to the continuance.

4. This is the sixth request for a continuance of Mr. Caulk's revocation hearing.

DATED: August 3, 2018.

Respectfully submitted,

| | |
|---|---|
| */s/ James A. Oronoz* | */s/ Cristina Silva* |
| JAMES A. ORONOZ, ESQ. | CRISTINA SILVA |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, |
| Las Vegas, Nevada 89145 | Suite 1100 |
| *Counsel for Jeremy Caulk* | Las Vegas, Nevada 89101 |
| | *Counsel for the United States of America* |

IT IS ORDERED that the Revocation Hearing currently set for 8/7/2018 is vacated and reset for 10/1/2018 at 9:00 a.m.

_____
UNITED STATES DISTRICT JUDGE

DATED this 6th day of August, 2018.

2