JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jeremy Caulk*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JEREMY CAULK, <br> Defendant. | CASE NO: 2:12-cr-371-JAD-GWF <br><br> **STIPULATION TO TRANSFER CASE TO JUDGE RICHARD F. BOULWARE** <br><br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between CRISTINA SILVA, Assistant United States Attorney, and JAMES A. ORONOZ, ESQ., counsel for JEREMY CAULK, that case number 2:12-cr-371-JAD-GWF should be transferred to Judge Richard F. Boulware.

IT IS FURTHER STIPULATED AND AGREED that the revocation hearing in this matter be scheduled on December 13, 2018, at 2:00 p.m. at the same time as the sentencing in case number 2:18-cr-247-RFB-NJK.

This Stipulation is entered for the following reasons:

1. Mr. Caulk recently pleaded guilty to one count of Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) in case number 2:18-cr-247-RFB-NJK.

1

2. The allegations in Mr. Caulk's supervised release violation petition are related to case number 2:18-cr-247-RFB-NJK, which is now pending sentencing before Judge Boulware.

3. The parties are jointly recommending that the revocation for case number 2:12-cr-371-JAD-GWF and the sentence in case number 2:18-cr-247-RFB-NJK run concurrently.

4. Mr. Caulk is currently in custody and has no objection to transferring the case to Judge Boulware.

5. Counsel for Jeremy Caulk has spoken with AUSA Cristina Silva, and the Government agrees to transfer the case to Judge Boulware.

DATED: September 28, 2018.

Respectfully submitted,

| | |
|---|---|
| */s/ James A. Oronoz* | */s/ Cristina Silva* |
| JAMES A. ORONOZ, ESQ. | CRISTINA SILVA |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, |
| Las Vegas, Nevada 89145 | Suite 1100 |
| *Counsel for Jeremy Caulk* | Las Vegas, Nevada 89101 |
| | *Counsel for the United States of America* |

IT IS ORDERED that this case 2:12-cr-00371-JAD-GWF be transferred to the honorable Judge Richard F. Boulware, II.

IT IS FURTHER ORDERED that the Revocation Hearing currently scheduled for October 1, 2018, at the hour of 9:00 a.m. before Judge Jennifer A. Dorsey, be vacated and continued to December 13, 2018, at the hour of 2:00 p.m. before Judge Richard F. Boulware, II.

_____
UNITED STATES DISTRICT JUDGE

DATED this 28th day of September, 2018.